[No. 3,536.]

## IRA PIERCE ET AL., EXECUTORS OF THE ESTATE OF WM. PIERCE, DECEASED, *v.* J. STUART AND J. HARLEY.

PRIOR POSSESSION IN EJECTMENT.—When the plaintiff's grantor, while in possession of the demanded premises, sold the same to the plaintiff, who thereafter, and up to the entry of the defendant, occupied the same as pasturage for his cattle, and the defendant shows no title or right of entry, the plaintiff is entitled to recover in ejectment.

APPEAL from the District Court of the First Judicial District, County of Santa Barbara.

The plaintiff had judgment and the defendant moved for a new trial. The motion was denied and he appealed.

*J. H. Kincaid* and *A. Packard*, for Appellant.

*C. E. Huse*, for Respondent.

By the Court:

The findings show that the grantor of the plaintiff's intestate had the actual possession of the premises in controversy, and, whilst so in possession, sold and conveyed the same to said intestate, who thereafter, and up to the time of the entry of defendants, occupied the same as pasturage for his cattle. The defendants show no title or right of entry. There was sufficient proof to sustain the findings, and we discover no error in the rulings of the Court during the progress of the trial.

Order denying motion for a new trial affirmed.